# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| ERNESTO ALCAREZ,<br><br>        Petitioner,<br><br>    v.<br><br>RON BARNES, Warden,<br><br>        Respondent. | NO. CV 14-09474-JAK (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: __September 30, 2015

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE